UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:22-CV-00054-JHM-HBB

**BRIAN GLENN DAMRON**                                                      **PLAINTIFF**

**VS.**

**GERRY RIP WRIGHT, et al.**                                              **DEFENDANTS**

## MEMORANDUM OPINION AND ORDER

Before the Court is the motion of *pro se* Plaintiff to file an amended complaint (DN 28). Plaintiff has complied with the undersigned's Order (DN 31), by tendering the proposed amended complaint with exhibits (DN 32, 32-1). No response in opposition to the motion or proposed amended complaint has been filed. The Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** Plaintiff's motion (DN 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file Plaintiff's tendered amended complaint and exhibits.

September 8, 2022

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:  Brian Glenn Damron, *pro se*
               Counsel